**Dismissed and Memorandum Opinion filed September 15, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00977-CV

---

## DONAL S. CLARK, Appellant

## V.

## 24/7 GRILL, LLC, Appellee

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 13-CV-1262**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 12, 2014.  On April 14, 2015, this court abated the appeal because appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas under case number 15-10390. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed July 11, 2016.

On August 9, 2016, this court issued an order stating that unless any party to

the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.